**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAJA R. PRICKETT, | No. 15-CV-0335-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, [1] | |
| Defendant. | ECF Nos. 22, 23, 26 |

**BEFORE THE COURT** is the Report and Recommendation issued by

Magistrate Judge Mary K. Dimke on February 23, 2017, ECF No. 26,

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on

January 20, 2017.  Pursuant to Rule 25(d) of the Rules of Civil Procedure, Nancy

A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit.  No

further action need be taken to continue this suit by reason of the last sentence of

42 U.S.C. § 405(g).

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

recommending Plaintiff's Motion for Summary Judgment, ECF No. 22, be denied and Defendant's Motion for Summary Judgment, ECF No. 23, be granted.   No objection was filed.  After review, the Court hereby adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

    1.    The Report and Recommendation, **ECF No. 26**, is **ADOPTED** in its entirety.

    2.    Plaintiff's Motion for Summary Judgment, **ECF No. 22,** is **DENIED**.

    3.    Defendant's Motion for Summary Judgment, **ECF No. 23,** is **GRANTED.**

    The District Court Executive is directed to file this Order and forward copies to the parties.   Judgment shall be entered for Defendant and the file shall be **CLOSED**.

    DATED March 13, 2017.

                                    *s/Fred Van Sickle*
                              Fred Van Sickle
                        Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2